No. 380, Misc.   STARRETT *v.* BRUCE, DBA BRUCE TRUCK-
ING Co.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE
DOUGLAS is of the opinion that certiorari should be
granted.   *Raymond C. Jopling, Jr.,* for respondent.

No. 631, Misc.   LAWS ET AL. *v.* NEW JERSEY.   Sup. Ct.
N. J.   Certiorari denied.   MR. JUSTICE BRENNAN took
no part in the consideration or decision of this petition.
*Charles L. Bertini* for Laws and *Gerald E. Monaghan*
for Washington, petitioners.   *Guy W. Calissi* for respond-
ent.

No. 1511, Misc., October Term, 1967.   COPELAND *v.*
FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF LAKE
COUNTY ET AL., 391 U. S. 955; and
    No. 527, Misc.   HOHENSEE ET AL. *v.* MINEAR, *ante,*
p. 894.   Motions for leave to file petitions for rehearing
denied.

No. 242.   ROSSO ET UX. *v.* PUERTO RICO, *ante,* p. 14.
Petition for rehearing denied.   MR. JUSTICE FORTAS took
no part in the consideration or decision of this petition.

No. 50.   HANOVER INSURANCE CO. OF NEW YORK *v.*
VICTOR, *ante,* p. 7;
    No. 154.   FORT HOWARD PAPER CO. *v.* KIMBERLY-
CLARK CORP., *ante,* p. 831;
    No. 159.   BIDDLE, ADMINISTRATRIX *v.* BOWSER ET AL.,
*ante,* p. 10;
    No. 270.   PENJASKA ET AL. *v.* GOODBODY & Co., *ante,*
p. 16; and
    No. 281.   KENNER ET AL. *v.* COMMISSIONER OF INTER-
NAL REVENUE, *ante,* p. 841.   Petitions for rehearing
denied.